E-FILED
Tuesday, 18 October, 2022 11:15:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

JUL - 7 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Demetrick Roy Roberts, 18623-030)
           Plaintiff

vs.

① Scott, moats, Doctor In His
Individual and offical capacity
② Jefery, Frank, Nurse In his
Individual and offical Capacity
③ Micheal Segal, warden In
His Individual and offical capacity

           Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☑  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☑  Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Demetrick Roy Roberts

Prison Identification Number: 18623-030

Current address: P.O. Box 5000 PEKIN, IL 61555 Federal Correctional Institution

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Scott moats In his Individual and official capacity

Current Job Title: Doctor

Current Work Address P.O. Box 5000 PEKIN, IL, 61555

Defendant #2:

Full Name: Jefery Frank In his Individual and official capacity

Current Job Title: Nurse of sick call

Current Work Address P.O. Box 5000 PEKIN, IL 61555

Defendant #3:

Full Name: Micheal segal In his Individual and official capacity

Current Job Title: Warden

2

Current Work Address P.o. Box 5000 Polk 2w, DL 61555

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　　Yes ☑　　　No ☐

If yes, please describe Dealing with Kidney Disease civil case against muscatine county jail medical staff.

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐　　　No ☑

C.  If your answer to B is yes, how many? _____　Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _PEKIN IL federal Institution P.o. Box 5000 PEKIN, IL 61555_

4

Date(s) of the occurrence 6-12-2020 to 5-20-2022 Still ongoing.

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

① Scott moats Doctor of Pekin IL federal prison Now, and for my entire stay here at Pekin, is In violation of my Eight Amendment, and Constitutional Rights. ① Failure to Treat Roberts Chronic Kidney Disease after Being sent from oxford prison for treatment of chronic kidney Disease. ② Deliberate Indifference to a serious medical need of pain medication, kidney Disease medications and Treatment. ③ Denial of MRI, EKG to see what state The kidney is in after Being Told In medical Records my oxford medical staff to have MRI, EKGS Done To kidney's once at Pekin IL prison. ④ Denial of Pain medications for kidney pains. ⑤ Deliberate disregard of an objectively serious medical need, Even still kidney Disease is worsening; proven with medical Labs Results Records Included.

After Reading MR Roberts medical Records from oxford Federal medical Staff on MR Roberts chronic kidney stage, and MR. Roberts several attempts to see medical about pain In his kidney area; Doctor Scott moats Deliberatly disregarded MR Roberts Disease as He's okay, we will do labs In 3 month on you chronic Care won't time. Denying MR Roberts pain medication for his kidney Disease, Denying MR Roberts Treatment of his kidney disease, Denying

5

Mr Roberts EKGs, MRI's to see The Size and function of his kidney disease. failing to provide mr Roberts with a working treatment plan to help prevent his kidney Disease from worsening. Scott moats is Responsible for The worsning of mr Roberts conditions and obisity Due to lack of care for his kidney Disease. I feel Scott moats is Reliable for compensation to mr Roberts for The time of mr Roberts stay at Pekin IL federal facility, Due to The pain end suffering mr Roberts has Endured for over 2 years now and still Dealing with without medical attention. Scott moats should pay mr Roberts In compensation and medical attention. mr Roberts is asking for $2,000,000.00 for 2 years of pain and suffering To a serious medical need of chronic kidney Disease.

② Jefery Frank, Nurse In his Individual and officail capacity, Nurse Frank after many occaisions of sick call attempts to see The Doctor By mr Roberts was told That his kidney Disease was not Important enough To Be seen By The Doctor until His chronic care visit every. 6 months. Nurse Frank Refused to prescribe pain medication To suit mr Roberts kidney Disease or kidney Disease medications to Reduce kidney Disease, or a proper plain of treatment for kidney Reduction. On many occaision. Mr Frank would not even Report mr Roberts visits to Health care sick call, Rendering mr Roberts no Records of visits of pain to his kidney area violating mr Roberts constitutional Right of medical care and Deliberate Disregard to a serious medical need.

nurse Frank should be help accountable In compensation of his part of Mr Roberts Furthering pain and suffering with Mr Scott mosts of $2000,000.00 for 2 years of pain and suffering.

(3) Micheal Segal, warden, In his Individual and official capacity, warden Segal is In violation of Mr Roberts Constitutional Rights Due to his Responsibility of his workers In his care at Pekin Il Federal Prison of Inmates Care, Every Thing go's trugh warden's Hands To Be approved and Denied, grievences are sent to warden to handel Medical problems, warden Segal is showing Deliberate Disregard to Mr Roberts chronic kidney Disease, by having knowldge of Mr Roberts kidney Disease and the grievences place In on The lack of care for Mr Roberts By Medical staff, and still Disregarded By warden Segal still till Today's Date, Micheal Segal warden at Pekin Il Federal Prison is Reliable for compensation to Mr Roberts with Both Doctor Scott most, nurse Jefery Frank In The amount of $2,000,000.00 In pain and suffering for 2 years and counting, If medical Records are needed I can send them to The court for proof of claims.

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like That The medical staff at Pekin Il federal

7

Prison Be In comliance with medical care to those Inmate's that are In need of the care they are needed, I also ask that I Be compensated $2000,000.⁰⁰ In Result of my pain and suffering of chronic kidney disease and not Recieving medical proper care By staff of Pekin medical for 2 years and counting, I would like to Be seen By outside Doctor's to Determine what proper Care needs I need to get Better after suffering So long without care and my kidney Lab Results getting worse.

JURY DEMAND        Yes ☑    No ☐  Don't know about

Signed this _____23rd_____ day of _____June_____, 20 _22_.

_Demetrick Roy Roberts_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Demetrick Roy Roberts | 18623-030 |
| Address: P.O. BOX 5000 | Telephone Number: |
| PEKRW, IL 61555 | N/I |

8



*medical*

Administrative Remedies
PEK 1330.18
January 5, 2017
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Federal Bureau of Prisons Program Statement 1330.16, Administrative Remedy Program, dated December 31, 2007, requires that inmates shall informally present their complaint to staff and staff attempt to informally resolve any issue before an inmate files a Request for Administrative Remedy BP-229(13.)  If an informal resolution cannot be met, the inmate will be given a BP-229(13) form.

Name:  Roberts, Demetrick     Reg No:  18623-030  Date:     07-27-2021

TO BE COMPLETED BY INMATE:

1. State Nature of Problem: My pain in my kidney area on my lower left side. I Complained about kidney problem in march, Doctor had me take Blood samples in April. Doctor Herd say's That since April The computer has Been saying That Labs for my Blood have Been lost, That they should take more labs. I have Been writing Doctor Moats about my pain and labs on The computer with no answer Back, Pain keeps in cressing each we lack of medical Attention for my medical needs on kidney Disease.

2. State what action or resolution expected.  Be specific: I would like to Be Seen By out Side Doctors to Determine my Stages of kidney Disease, medical Info on my kidney Disease, medication That works for my pain By my kidney area, compensated for The pain and Suffering for The time I have Been here at Peking after Being sent Due to kidney Disease from incl

TO BE COMPLETED BY STAFF: Prison over 1 year and a half ago.

Date and Time Review Completed by responsible Department:_____

3. Summary of Review: You were Seen on 7-26-21 Labs were drawn. Your Dr. will address the results with you. Please watch the callout

M. Crisson   7-30-21
                                AW

Signature of Investigating Staff Member:_____

Date and Time BP8 Issued:  07-27-2021 / 12:30PM   Unit Team:   R. Sheets
Date & Time Inmate Returned:  7-27-21  630   Unit Team:  RSheets
Date and Time BP-229(13) issued:  8-3-21   3:25Pm
Unit Manager=s Signature:_____

Distribution:     (1)     If complaint is informally resolved, forward original, *signed below and dated by inmate*, to the Unit Team for filing.
                  (2)     If Complaint is not informally resolved, forward original, signed, dated and answered above, to the Unit Management Team for disbursement.

On _____, this issue was informally resolved. _____
    (date)                                                Inmate Signature            Date

                                                          Staff Signature             Date
                                                          Administrative Remedies

2nd

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Roberts Demetrick R    18673-030    RLL-2    PEKIN, IL

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** IT IS UNACCEPTABLE THAT I HAVE NOT RECEIVED ANY ROUTINE HEALTH CARE FOR A FBOP DIAGNOSED DISEASE. I SUFFER FROM PAIN IN MY LEFT KIDNEY REGION ASSOCIATED WITH STAGE 2 KIDNEY DISEASE. NO MEDICAL TREATMENT HAS BEEN OFFERED, AND NURSE FRANK HAS BEEN NEAR NEGLIGENT IN HIS DUTIES. LABS WERE DRAWN IN MARCH, THEN LOST, AND THEN IGNORED. I DESERVE AND AM ENTITLED TO QUALITY HEALTH CARE. I WAS SEEN 7-26-21 WHERE LABS WERE DRAWN AGAIN. I WAS GIVEN THE RESULTS OF THIS LATEST LAB WORK ON 8-4-21 BUT RECEIVED NO FULL EXPLANATION NOR WAS A CARE PLAN DISCUSSED. THIS CONDITION, KIDNEY DISEASE, WAS DIAGNOSED BY THE FBOP YET THE FBOP HAS DONE NEXT TO NOTHING TO TREAT THE DISEASE. THE FBOP TRANSFERRED ME TO A LEVEL 2 CARE FACILITY TO BETTER TREAT THIS CONDITION YET FCI PEKIN HAS DONE NOTHING TO ADDRESS THE PAIN ASSOCIATED WITH KIDNEY DISEASE OR TREAT THE DISEASE ITSELF. THE RESPONSE TO REPORT TO SICK CALL DOES NOT MEET THE NEEDS I HAVE EXPRESSED ABOVE. I ASK TO RECEIVE 1) A TREATMENT PLAN AND 2) THE TREATMENT REQUIRED BOTH IN A TIMELY MANNER.

8-3-21

DATE

Demetrick R. Roberts

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

I L2

RECEIPT - ADMINISTRATIVE REMEDY

DATE: AUGUST 24, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      PEKIN FCI

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A06-206L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 1090418-F1
DATE RECEIVED  : AUGUST 9, 2021
RESPONSE DUE   : AUGUST 29, 2021
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :

IL2
206

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 15, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
     PEKIN FCI

TO  : DEMETRICK ROY ROBERTS, 18623-030
     PEKIN FCI    UNT: ILLINOIS   QTR: A06-206L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 1090418-F1
DATE RECEIVED  : AUGUST 9, 2021
RESPONSE DUE   : SEPTEMBER 18, 2021
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 29, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A06-206L
      P.O. BOX 7000
      PEKIN,  IL 61555

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1090418-R1      REGIONAL APPEAL
DATE RECEIVED   : SEPTEMBER 27, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : MORE TIME IS NEEDED TO REVIEW YOUR CONCERN

OCT 1 4 2021
Date Received

#a

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Roberts, Demetrick R.    18673-030    DLL-2    PEKIN DL
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

Facility to better treat this Condition yet FCI Pekin has done nothing to address the pain associated with kidney disease or treat the disease itself. The response to report to sick call Does not meet the needs I have expressed above. I ask to recive 1) A treatment Plan and 2) The treatment reqired both in a timely manner, medication to Better treat the pain In my kidney area, And compensation for The Pain and suffering for The mere year of my time spent trying to get medical Help from pekin DL Federal Prison medical Staff. I Did not Recieve a Response from MY BP-229(13) Even after a Extension was given to The medical staff and warden of PEK DL on september 15th after a 20 day delay already. I was Forced to go two a BP-10 to Regional for Help.

9-20-2021
DATE

*Demetrick R Roberts*
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                   CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

DEMETRICK ROY ROBERTS, 18623-030
PEKIN FCI      UNT: ILLINOIS      QTR: A06-206L
P.O. BOX 7000
PEKIN,  IL 61555

OCT 05 2021
Date Received



United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Post Office Box 7000
2600 South Second Street
Pekin, Illinois 61555-7000

October 5, 2021

MEMORANDUM FOR ADMINISTRATIVE REMEDY COORDINATOR
NORTH CENTRAL REGIONAL OFFICE

FROM:          Kerby, K. Admin Remedy Clerk
               FCI Pekin, Illinois

SUBJECT:       **Delivery of Administrative Remedy**
               **Re:  Roberts, Demetrick**
               **Reg. No:  1090418-F1**

Administrative Remedy number _____1090418-F1_____ was delivered to inmate
_____Roberts, Demetrick_____, Register Number___18623-030___, on
_____.  Please consider the delivery date when accepting and issuing a
response.

Part B – Response
Administrative Remedy 1090418-F1

This is in response to your Request for Administrative Remedy dated August 4, 2021, received on August 9, 2021, in which you are claiming that you have not received routine healthcare care for lower left back pain and you want to have a treatment plan and medical care provided in an adequate timeframe.

Per the Program Statement 6031.04, Patient Care, inmates will be seen in a chronic care clinic every 12 months or sooner as determined by the provider. A review of your medical record indicates that you were properly seen for your concern during a chronic care visit on April 8, 2021. During this visit there was discussion regarding your back pain, labs were ordered and you were educated to take Tylenol, and to sign up for sick call if the symptoms persisted. Labs were drawn on April 16, 2021 but due to an issue with delivery to the lab they were canceled and redrawn on July 30, 2021. You were seen on August 9, 2021, during sick call by the duty nurse for you back pain and the labs were reviewed with you at that time. On September 29, 2021, you were seen by the medical provider during your chronic care visit. You are encouraged to utilize the sick-call system, if you are still experiencing this concern.

Therefore, this response to your Request for Administrative Remedy for informational purposes only.

If you are not satisfied with this response, you may appeal to the North Central Regional Director, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas City, KS 66101. Your appeal must be received in the Regional Office within 20 days from the date of this response.

_____
Michael Segal, Warden

_10·4·2/_
Date

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **ROBERTS, DEMETRICK, R**    **18623-030**    **IL-2**    **PEKIN/ FCI**
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

I AM RESUBMITTING MY APPEAL IN ACCORDANCE WITH THE RESPONSE I RECEIVED DATED OCT 14, 2021 (ATTACHED) HAVING NOW RECEIVED AN EXTREMELY LATE AND UNSATISFACTORY RESPONSE TO MY BP9, DATED OCT 5, 2021 (ATTACHED) I FIND THE FOLLOWING: THE RESPONSE FALLS SHORT OF MY MEDICAL NEEDS. MY PAIN IS BOTH CHRONIC AND CONSTANT. TO ADVISE ME TO TAKE TYLENOL AND GO ON SICK CALL IS NOT BY ANY MEANS, A CARE PLAN. SELF MEDICATING AND REPORTING TO SICK CALL DOES NOT ADDRESS THE UNDERLYING CONDITION, STAGE 2 KIDNEY DISEASE. I HAVE A RIGHT TO HAVE THIS ISSUE ADDRESSED AND TREATED. THE LACK OF COMMUNICATION AND DISREGARD TO TIMLINESS REGARDING THIS GRIEVANCE EXEMPLIFIES THE MEDICAL TREATMENT I AM RECEIVING AT FCI PEKIN, I DESERVE TO HAVE AN ESTABLISHED TREATMENT PLAN AS WELL AS PRESCRIBED MEDICATIONS TO BOTH ADDRESS MY PAIN AS WELL AS THE CAUSE, STAGE 2 KIDNEY DISEASE.

10-15-21
DATE

_Demetrick Roberts_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002
UPN LVN

_IC2_

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 27, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A06-206L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1090418-R2
DATE RECEIVED   : OCTOBER 25, 2021
RESPONSE DUE    : DECEMBER 24, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 27, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A06-206L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1090418-R2
DATE RECEIVED   : OCTOBER 25, 2021
RESPONSE DUE    : DECEMBER 24, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1090418-R2

This is in response to your Regional Administrative Remedy Appeal received on October 25, 2021. You allege you are not receiving appropriate treatment for pain and kidney disease.   For relief, you request an appropriate treatment plan for kidney disease and reported related conditions.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.   A review of your electronic medical record indicates you were thoroughly evaluated by the Clinical Director during your annual chronic care appointment on September 29, 2021.   The physician noted that your blood pressure was well controlled and you reported your depressive symptoms were well controlled on the current prescribed medication.   You reported chronic low back pain, which the physician advised was best treated with acetaminophen, due to your kidney disease.   Laboratory test results from July, 2021, were reviewed during that encounter, and an appropriate plan of care was determined, to include prescription medication for your conditions.   You are encouraged to request sick call if you feel your condition requires further evaluation.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

11-16-21
Date

Barb von Blanckensee, Regional Director

DEMETRICK ROY ROBERTS, 18623-030
PEKIN FCI      UNT: ILLINOIS     QTR: A05-134L
P.O. BOX 7000
PEKIN,   IL 61555



DEC 0 8 2021
Date Received

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: ROBERTS, DEMETRICK, R        18623-030        IL-2        FCI PEKIN
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

IN REPLY TO THE RESPONSE RECEIVED BY ME ON DEC 8, 2021 I AM APPEALING IN A TIMELY MANNER. AS PREVIOUSLY STATED, I SUFFER FROM STAGE 2 KIDNEY DISEASE AND I AM IN PAIN DAILY DUE TO THIS AILMENT. THE RESPONSE OF "GO ON SICK CALL AS NECESSARY" IS NOT ADEQUATE AND THE PRESCRIBED ACETAMINOPHEN (TYLENOL) OFFERS NO RELIEF. I HAVE NOT BEEN GIVEN ANY SORT OF TREATMENT PLAN TO WAYLAY FURTHER KIDNEY DAMAGE. THERE ARE ALSO A NUMBER OF UNDERLYING MEDICAL COMPLICATIONS NOT BEING ADDRESSED, INCLUDING BUT NOT LIMITED TO OBESITY, HIGH BLOOD PRESSURE, PRE-DIABETES, AS WELL AS, MENTAL HEALTH INCLUDING DEPRESSION AND ANXIETY. I ONLY WANT A VALID TREATMENT PLAN. I SHOULD BE AFFORDED APPROPRIATE MEDICAL CARE WHILE INCARCERATED. I FEEL THIS IS ONLY FAIR AND JUST. FCI-PEKIN CONSISTENTLY MISSES THE MARK WHEN IT COMES TO THE HEALTH AND WELL-BEING OF ITS INMATES.

12-17-2021
DATE

_Demetrick Roberts_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

2

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 22, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A05-134L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1090418-A2
DATE RECEIVED  : MARCH 3, 2022
RESPONSE DUE   : MAY 2, 2022
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :

MAR 22 2022
Date Received

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 22, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DEMETRICK ROY ROBERTS, 18623-030
      PEKIN FCI    UNT: ILLINOIS    QTR: A05-134L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1090418-A2
DATE RECEIVED   : MARCH 3, 2022
RESPONSE DUE    : MAY 2, 2022
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :

**Administrative Remedy No. 1090418-A2**
**Part B – Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you are not receiving appropriate medical care for chronic kidney disease (CKD).  You claim multiple underlying medical conditions are not being addressed.  For relief, you request a valid treatment plan.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the way the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  Our succeeding review reveals you have been evaluated by Health Services on multiple occasions for chronic kidney disease, obesity, high blood pressure, and mental health.  You do not carry a diagnosis of "pre-diabetes" in your current health problems.  You are enrolled in Hypertension, Mental Health, Orthopedic/Rheumatology, and Gastrointestinal Chronic Care Clinics (CCC) with adjustments in your care as clinically indicated.

On February 22, 2022, you were evaluated by the Clinical Director during a CCC.  Your blood pressure was noted to be at goal.  You reported symptomatic relief of your depression with current medications and requested to continue the same medications and doses.  Your chronic low back pain is treated with Tylenol due to your CKD that is monitored through routine labs.  Your obesity is best controlled by lifestyle modification.  Previous CCC on September 29, 2021, and April 8, 2021, addressed the same concerns.

If you are having issues, you need to request sick call for your complaints.  Your primary care team will continue to make recommendations as needed.  As recommendations are made, a course of treatment will be determined.  Given this, we shall defer diagnostic testing and treatment interventions to the Health Services staff at the local level.

Based on this information, without evidence to the contrary, we do not find, nor did you provide, any evidence corroborating your allegations to substantiate your claim of being denied appropriate medical care.  You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.

Administrative Remedy No. 1090418-A2
Part B - Response
Page 2


There is a clear progression of clinical assessments, follow-up,
diagnostic evaluation, and treatment in accordance with
evidence-based standard of care and within the scope of services
of the Federal Bureau of Prisons.  If your condition has changed
or worsened, please sign up for daily sick-call to have your
concerns appropriately addressed by your Primary Care Provider.

Considering the foregoing, this response is provided for
informational purposes only.


_3 l∟8 / 22_____
Date

_____JL(_____
Ian Connors, Administrator
National Inmate Appeals

DEMETRICK ROY ROBERTS, 18623-030
PEKIN FCI    UNT: ILLINOIS    QTR: A05-134L
P.O. BOX 7000
PEKIN,  IL 61555

APR 19 2022
Date Received

TRULINCS 18623030 - ROBERTS, DEMETRICK ROY - Unit: PEK-A-B

---------------------------------------------------------------------------------------------

FROM: Health Services
TO: 18623030
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/11/2021 10:12:03 AM

Your kidney function test (Creatinine) was improved from 1.57 on 5/21/2020 to 1.44 on 7/26/2021  Your chronic care physician, Dr. Moats, will continue to monitor your kidney function. The black spots on your leg are not likely to be blood clots.

>>> ~^!"ROBERTS, ~^!DEMETRICK ROY" <18623030@inmatemessage.com> 8/2/2021 11:36 AM >>>
To: dr.lee ho
Inmate Work Assignment: none

i am trying too find out my results of my blood test for my kidney disease please, and also about the black spots on my leg; if they mite be blood clots?

TRULINCS 18623030 - ROBERTS, DEMETRICK ROY - Unit: PEK-A-B

--------------------------------------------------------------------------------

FROM: 18623030
TO: Health Services
SUBJECT: ***Request to Staff*** ROBERTS, DEMETRICK, Reg# 18623030, PEK-A-B
DATE: 08/09/2021 11:27:26 AM

To: dr. moats
Inmate Work Assignment: none

i have been seen by you, and have had labs done for my chronic kidney disease. i have received my lab results, now i am trying too receive medical treatment to help my kidney disease to get better. my kidney disease was found over a year and a half ago, and has gotten worse. how can you say that i am fine and i am not getting better. plus now dealing with border-line diabetes. there were 8 out of range problems on my blood samples, there is something wrong with that situation. i am asking for help, and feel as if i am being ignored; this is how my kidney disease started in the first place. i was being neglected by medical staff, after complaining over and over again. how many times do i have too go too sick call to get attention for my medical problems. Demetrick Roy Roberts.

TRULINCS  18623030 - ROBERTS, DEMETRICK ROY - Unit: PEK-A-B

---------------------------------------------------------------------------------------------------

FROM: 18623030
TO: Health Services
SUBJECT: ***Request to Staff*** ROBERTS, DEMETRICK, Reg# 18623030, PEK-A-B
DATE: 08/02/2021 02:11:01 PM

To: dr. moats
Inmate Work Assignment: none

this letter is for you too look at , i need help.
-----ROBERTS, DEMETRICK ROY on 8/2/2021 2:09 PM wrote:

>

i am trying too receive my medical records for my labs consisting of my blood work taken on Monday 7-26th 2021 for my kidney disease status? i have been complaining for months now about kidney pains, i was given Tylenol for the pain; which dose nothing for kidney pains. i have written a BP-8 complaining about this issue, i received the BP-8 back stating that you all had the results of my blood test. i have not been called too be given information about this issue. i feel weaker and weaker every day, and the pain gets worse by the minute. i need help and i am not getting any, i was sent here from oxford federal prison last march 2020 for my kidney disease; and have not had any medical attention at all. I'm just being pushed too the side every time i complained about the pain i am suffering from. if you can not help me i need to  be seen and sent to a place were i can receive medical attention that i deserve. thank you. Demetrick Roy Roberts #18623-030

7-1-2022

This complaint of Bivens against PEKIW DL federal prison medical staff is sent again, Because I feel that my First sent complaint mey Have Been distroyed or mishandeled By PEKIW DL federal staff to stop me from filling my complaint on what is my constitutional Rights that have Been violated with lack of medical care at PEKIW DL.

Demetrius hohins

⇔18623-030⇔
Demetrick Roberts
#18623-030
Federal Correctional Institute
P.O. Box 5000
Pekin, IL 61555
United States

FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA

FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA   FOREVER / USA

# RECEIVED

JUL 0 5 2022

## FCI PEKIN MAIL ROOM

⇔18623-030⇔
Peoria Division Court
100 NE Monroe ST
Clerk
Peoria, IL 61602
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

Legal mail

7020 2450 0001 1398 6411